UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>                Petitioner,<br><br>      v.<br><br>T.L. CAMPBELL, Warden,<br><br>                Respondent. | Case No. 2:23-cv-01058-FWS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the August 16, 2024, Report and Recommendation of United States Magistrate Judge.

    THE COURT HEREBY ORDERS:  (1) respondent's Motion to Dismiss the operative First Petition for Writ of Habeas Corpus by a Person in State Custody ("First Amended Petition") is granted and the First Amended Petition and this action are dismissed with prejudice because petitioner's claims are untimely; and (2) Judgment shall be entered accordingly.

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

2   Judgment herein on Petitioner and counsel for Respondent.

3   IT IS SO ORDERED.

4

5

6   DATED:  September 25, 2024

7

8   _____
    Honorable Fred W. Slaughter
9   UNITED STATES DISTRICT JUDGE

10