JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTANEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>T.L. CAMPBELL, Warden,<br><br>　　　　　Respondent. | Case No. 2:23-cv-01058-FWS-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the operative First Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: September 25, 2024

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE